UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(*Camden Vicinage*)

| | |
|---|---|
| TIJUANA JOHNSON, on behalf of herself and other persons similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>WYNN'S EXTENDED CARE, INC., & NATIONAL CASUALTY COMPANY<br><br>Defendants. | Case No.<br><br><br>Class Action |

## NOTICE OF FILING

**TO:** Office of the Clerk
United States District Court for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, NJ  08101

**WITH NOTICE TO:**

Jennifer M. Perez, Clerk
Superior Court of New Jersey
Law Division, Hughes Justice Complex
25 W. Market Street, CN 971
Trenton, NJ 08625

Clerk, Civil Part – Civil Law
Camden County Superior Court
Hall of Justice – Suite 150
101 S. 5th Street
Camden, NJ  08103

Michael A. Galpern, Esquire
Locks Law Firm, LLC
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002
*Attorney for Plaintiff*

**PLEASE TAKE NOTICE** that a Notice of Removal by Defendants, Wynn's Extended Care, Inc. and National Casualty Company, of this action from the Superior Court of New Jersey, Law Division, Camden County, Docket No. CAM-L-5698-11, to the United States District Court for the District of New Jersey (a copy of the Notice of Removal is attached hereto) was filed on January 5, 2012, in the United States District Court for the District of New Jersey, Camden Vicinage.

    MARSHALL, DENNEHEY, WARNER,
    COLEMAN & GOGGIN

By: */s/ KEVIN M. MCKEON*
    KEVIN M. MCKEON, ESQ.
    Woodland Falls Corporate Park
    200 Lake Drive East, Suite 300
    Cherry Hill, NJ 08002
    TEL: 856-414-6013
    FAX: 856-414-6077
    E-mail: kmmckeon@mdwcg.com
    *Attorney for Defendants,*
    *Wynn's Extended Care, Inc. and*
    *National Casualty Company*

DATED: 1/5/12

06/2470911.v1