STATE OF NEW JERSEY  :

                          SS

CAMDEN COUNTY  :

## AFFIDAVIT

Kevin M. McKeon, being duly sworn according to law, deposes and says that the facts set forth in the foregoing Notice of Removal are true and correct to the best of his knowledge, information and belief.

By: */s/ Kevin M. McKeon*
    Kevin M. McKeon

Sworn to and subscribed:

before me this 5th day:

of January 2012.

_____
Notary Public

THERESA L. DENTON
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires May 8, 2013