## CERTIFICATE OF SERVICE

I, Kevin M. McKeon, hereby certify that I am attorney for defendants, Wynn's Extended Care, Inc. & National Casualty Company, in the within action, that I am duly authorized to make the certification; and that I have served upon all persons listed below a true and correct copy of the Notice of Removal in the above-captioned matter, via New Jersey Lawyers Service, on this date addressed as follows:

        Jennifer M. Perez, Clerk
        Superior Court of New Jersey
        Law Division, Hughes Justice Complex
        25 W. Market Street, CN 971
        Trenton, NJ 08625

        Clerk, Civil Part – Law Division
        Camden County Superior Court
        Hall of Justice – Suite 150
        101 S. 5th Street
        Camden, NJ  08103

        Michael A. Galpern, Esquire
        Locks Law Firm, LLC
        457 Haddonfield Road, Suite 500
        Cherry Hill, NJ 08002
        *Attorney for Plaintiff*

        **MARSHALL, DENNEHEY, WARNER,**
        **COLEMAN & GOGGIN**

        By: */s/ Kevin M. McKeon*
        Kevin M. McKeon
        *Attorneys for Defendants*
        *Wynn Extended Care Inc. &*
        *National Casualty Company*
        200 Lake Drive East, Ste. 300
        Cherry Hill, NJ 08002
        856-414-6003 (P)
        856-414-6077 (F)
        kmmckeon@mdwcg.com

Dated: 1/5/12

06/2467015.v1