UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(*Camden Vicinage*)

| | |
|---|---|
| TIJUANA JOHNSON, on behalf of herself and other persons similarly situated | Case No. 1:12-cv-00079- RMB-KMW |
| Plaintiff, | |
| v. | Class Action |
| WYNN'S EXTENDED CARE, INC., & NATIONAL CASUALTY COMPANY | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO Fed.R.C.P. 41(a)(1)(A)** |
| Defendants. | |

The parties to this matter, by and through the undersigned counsel for plaintiff, Tijuana Johnson, and defendants, Wynn's Extended Care, Inc. & National Casualty Company, hereby stipulate and agree to dismiss this matter with prejudice.

LAW OFFICES OF CHARLES N. RILEY, ESQUIRE

_____
CHARLES N. RILEY, ESQUIRE
ATTORNEY FOR PLAINTIFF

LOCKS LAW FIRM, LLC

_____
ANDREW P. BELL, ESQUIRE
ATTORNEY FOR PLAINTIFF

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

_____
KEVIN M. MCKEON, ESQUIRE
ATTORNEY FOR DEFENDANTS
WYNN'S EXTENDED CARE, INC. & NATIONAL CASUALTY COMPANY